## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **No. 06-186-1** |
| v. | : | |
| | : | **CIVIL ACTION** |
| **DERRICK COBB** | : | **No. 16-1508** |

### ORDER

AND NOW, this 6th day of May, 2020, upon consideration of Derrick Cobb's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 47), the Government's Motion to Dismiss Mr. Cobb's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 49), and Mr. Cobb's response thereto (Doc. No. 50), it is **ORDERED** that:

1. The Government's Motion to Dismiss (Doc. No. 49) is **DENIED** for the reasons set forth in the accompanying Memorandum; and

2. Counsel for the Government shall file a response to Mr. Cobb's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 47) on or before May 22, 2020.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**